# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Brian Stewart**

vs.

Case Number: **08-1033**

**Robert Eiler; Burton Gestner; Michael P Melvin; James Blackard; Jeffery Malnar; Brian Fairchild; Roger E. Walker; Joseph P Burke; Randall Flex; Barbara Hurt; Jack Libby; Karl Webber; Eddie Jones; Joseph Mathy; and Robert Griffin**

.

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to order entered 2/16/10, defendant Joseph Burke is dismissed pursuant to Fed. R. Civ. P. 25(a)(1). IT IF FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of the remaining defendants and against plaintiff Brian Stewart pursuant to Fed. R. Civ. P. 56. The parties are to bear their own costs.

ENTER this 16th day of February, 2010

PAMELA E. ROBINSON, CLERK

s/M. Bailey
BY: DEPUTY CLERK